FILED
2015 Jan-12 PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN MOSER, | ) | |
| Plaintiff; | ) | |
| vs. | ) | 2:14-cv-00539-LSC |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | ) | |
| Defendants. | ) | |

## ORDER

The Court has been advised by the mediator that a settlement has been reached in this matter and is being finalized. Accordingly, this action is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

Done this 12th day of January 2015.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
177825